■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL BELL, Appellant. [658 NYS2d 1006] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 6, 1995 *(People v Bell,* 221 AD2d 348), affirming a judgment of the County Court, Nassau County, rendered August 9, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Sullivan, J. P., Pizzuto, Altman and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD BRATHWAITE, Appellant. [658 NYS2d 1006] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosenzweig, J.), rendered March 7, 1995, convicting him of criminal solicitation in the fourth degree and conspiracy in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court deprived him of his right to a public trial when it improperly excluded certain members of his family from the courtroom was not preserved for appellate review and we decline to address the contention in the exercise of our interest of justice jurisdiction *(see,* CPL 470.05 [2]; *People v Jackson,* 226 AD2d 1090; *People v Lopez,* 185 AD2d 189, 191). O'Brien, J. P., Ritter, Altman and McGinity, JJ., concur.